# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SAUDIA SHULER | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-4160 |
| TIMEPAYMENT CORP | : |

## ORDER

**AND NOW,** this 28th day of February 2020, upon considering the Defendant's unopposed Motion to dismiss (ECF Doc. No. 20), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion to dismiss (ECF Doc. No. 20) is **GRANTED without prejudice** to the *pro se* Plaintiff filing a third amended Complaint consistent with the accompanying Memorandum no later than **March 13, 2020** at which time we will grant the *pro se* Plaintiff an additional thirty days to properly serve the Defendants. Absent the timely filing of a third amended Complaint, we will direct the Clerk of Court to close this case.

_____
KEARNEY, J.